# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149357(64)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ASHLY DRAKE SMITH,
        Defendant-Appellant.
_____/

SC: 149357
COA: 312721
Wayne CC: 12-004553-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its supplemental brief is GRANTED. The supplemental brief submitted on December 4, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014



Clerk